# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FLORENCIO ESTRADA-ANTUNEZ,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 22-cr-1315-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On October 31, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for November 7, 2022 to January 20, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 26] and sets the Motion Hearing/Trial Setting on January 20, 2023 at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

22-cr-1315-JO

Further, on June 24, 2022, the Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from June 24, 2022 to January 20, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

The parties are instructed to appear in person at the hearing on January 20, 2023, and to be prepared to discuss the progress of discovery and the setting of a trial date.

IT IS SO ORDERED.

Dated: 11/1/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

22-cr-1315-JO